**BRODSKY SMITH**
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KOSMAN,<br><br>            Plaintiff,<br><br>      vs.<br><br>1LIFE HEALTHCARE, INC., AMIR DAN RUBIN, PAUL R. AUVIL, MARK S. BLUMENKRANZ, BRUCE W. DUNLEVIE, KALEN F. HOLMES, DAVID P. KENNEDY, FREDA LEWIS-HALL, ROBERT R. SCHMIDT, and SCOTT C. TAYLOR,<br><br>            Defendants. | **Case No.: 3:21-cv-05453-TSH**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
2  Procedure, plaintiff Gary Kosman ("Plaintiff") voluntarily dismisses this action without prejudice.
3  This notice of dismissal is being filed before service by Defendants of either an answer or a motion
4  for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 16, 2021                    **BRODSKY SMITH**

                                    By:  */s/ Evan J. Smith*
                                         Evan J. Smith, Esquire (SBN 242352)
                                         esmith@brodskysmith.com
                                         Ryan P. Cardona, Esquire (SBN 302113)
                                         rcardona@brodskysmith.com
                                         9595 Wilshire Blvd., Ste. 900
                                         Phone:  (877) 534-2590
                                         Facsimile (310) 247-0160